UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                    :

XIOMARA A. BENIQUEZ,                  :
                                      :

                 Plaintiff,        :          26-CV-00502 (JAV)
                                      :

       -v-                         :          <u>ORDER</u>
                                      :

COMMISSIONER OF SOCIAL SECURITY,   :
                                      :

                Defendant.      :
---------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On March 20, 2026, the Court ordered the parties to discuss whether they would be willing to consent to conducting all further proceedings before the assigned Magistrate Judge. ECF No. 6.  The parties were ordered to respond by April 3, 2026.  *Id.*  On April 6, 2025, Defendant submitted a letter explaining the communications between the parties related to the completion of the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. ECF No. 14.  Ultimately, *pro se* Plaintiff informed Defendant "that the form was completed and mailed back on March 30, 2026." *Id.*  As of the filing date of the letter, Defendant had yet to receive the form for filing. *Id.*

Accordingly, the deadline 1) for Defendant to file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, if both parties consent to proceed before the Magistrate Judge or for the parties to file a joint letter advising the Court that the parties do not consent to proceeding before the Magistrate Judge, is extended to **May 3, 2026.**  See ECF No. 6.  **Moreover, the joint letter shall be filed without disclosing the**

2

**identity of the party or parties who do not consent.**

SO ORDERED.

Dated: April 9, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2